## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | |
|---|---|
| JAMES R. HAUSMAN, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:18-cv-03013-SEM-TSH<br>) |
| TODD GREEN, JOSHUA WAGONER, THE GOLD CENTER, INC., an Illinois Corporation, ILLINOIS DEPOSITORY CORPORATION, an Illinois Corporation, and ILLINOIS ARMORED TRANSPORT, INC., an Illinois Corporation, | )<br>) District Judge: Sue E. Myerscough<br>)<br>) Magistrate Judge: Tom Schanzle-Haskins<br>) |
| Defendants. | )<br>) |

## MOTION FOR VOLUNTARY DISMISSAL

Plaintiff, JAMES R. HAUSMAN, by his attorneys, Hinshaw & Culbertson LLP, hereby requests the Court to issue an order dismissing this action, without prejudice, on terms the Court considers proper pursuant to Fed. R. Civ. P. 41(a)(2).

Dated: August 29, 2019

Respectfully submitted,

/s/ *Michael D. Morehead*
James M. Lestikow #1625608
jlestikow@hinshawlaw.com
Charles R. Schmadeke #2489813
cschmadeke@hinshawlaw.com
Esther J. Seitz #6292239
eseitz@hinshawlaw.com
Michael D. Morehead # 6191779
mmorehead@hinshawlaw.com
Hinshaw & Culbertson LLP
400 South Ninth Street, Suite 200
Springfield, IL 62701
Telephone: 217-528-7375
Facsimile: 217-528-0075
Attorneys for Plaintiff JAMES HAUSMAN

## CERTIFICATE OF SERVICE

    I hereby certify that on August 29, 2019, I caused to be electronically filed the foregoing Motion for Voluntary Dismissal with the Clerk of Court using the CM/ECF system that will send notification of such filing(s) to the following:

| | |
|---|---|
| Thomas C. Pavlik, Jr. | Gordon Gates |
| Delano Law Office, LLC | Gates, Wise, Schlosser & Goebel PC |
| One Southeast Old State Capitol Plaza | 1231 South Eighth Street |
| Springfield, IL 62701 | Springfield, IL 62703 |
| tpavlik@delanolaw.com | gordon@gwspc.com |

    /s/ *Michael D. Morehead*
    Michael D. Morehead

0996081\304258396.v1