E-FILED
Monday, 23 September, 2019 05:21:07 PM
Clerk, U.S. District Court, ILCD

Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

FILED
SEP 2 3 2019
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JAMES R. HAUSMAN, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 18-3013 |
| TODD GREEN, JOSHUA WAGONER, GOLD CENTER INC., ILLINOIS DEPOSITORY CORPORATION, and ILLINOIS ARMORED TRANSPORT INC., | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants Illinois Depository Corporation and Illinois Armored Transport, Inc. and against Plaintiff James R. Hausman on Count II of Plaintiff's Complaint. The remainder of Plaintiff James R. Hausman's action against Defendants Todd Green, Joshua Wagoner, Gold Center Inc., Illinois Depository Corporation, and Illinois Armored Transport Inc. is dismissed without prejudice, with the parties to pay their own attorney's fees and costs.

Dated: September 23, 2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

Approved: s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge